**People of the State of Illinois, Plaintiff-Appellee, v. Fannie Staples, et al., Defendants-Appellants.**

**Gen. No. 53,025.** ■■■

First District, Second Division.
January 14, 1969.

De-
voe, Shadur, Mikva & Plotkin, of Chicago (Robert Plotkin and
Robert C. Howard, of counsel), for appellants; William G.
Clark, Attorney General of State of Illinois, of Springfield (Fred
G. Leach, Assistant Attorney General, John J. Stamos, State's
Attorney of Cook County, of Chicago, Elmer C. Kissane and
Anthony J. Onesto, Assistant State's Attorneys, of counsel), for
appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be
published in full.